**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

MYLES E. LUNDY,

           Plaintiff,

    v.

DEBORAH JEAN MOORE; PEGGY
ANN COOPER; Dr. ESMAIL; and
BARRY GOODRICH,

          Defendants.

         CIVIL ACTION NO.: CV511-013

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's state law claims and his requests for declaratory and injunctive relief are **DENIED**.

**SO ORDERED**, this _____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA