**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION** 2012 JAN 10 PM 4: 21

MYLES E. LUNDY,                                   :

        Plaintiff,                              :        CLERK C. R. ob. ~~
                                        SO. DIST. OF GA.

        v.                                       :        CIVIL ACTION NO.: CV511-013

DEBORAH JEAN MOORE; PEGGY            :
ANN COOPER; Dr. NURALLAH                  :
GULAMHUSSEIN ESMAIL; and               :
BARRY GOODRICH,                                 :

        Defendants.                          :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED,** and Plaintiff's Motion for Summary Judgment is **DENIED.** Plaintiff's complaint is **DISMISSED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ___10___ day of ____January____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)