IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

2012 JAN 10 PM 4:21

CLERK _____
SO. DIST. OF GA.

MYLES E. LUNDY,

Plaintiff,

v.

CIVIL ACTION NO.: CV511-013

DEBORAH JEAN MOORE; PEGGY
ANN COOPER; Dr. NURALLAH
GULAMHUSSEIN ESMAIL; and
BARRY GOODRICH,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED,** and Plaintiff's Motion for Summary Judgment is **DENIED.** Plaintiff's complaint is **DISMISSED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this _10_ day of _January_, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)